**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARILYN SHANNON McCONAGHY, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff, | ) | |
| v. | ) | C.A. No. 92-512 L |
| SEQUA CORPORATION, et al., Defendants. | ) | |

**DEFENDANTS' MOTION**
**<u>TO EXCEED PAGE LIMITS</u>**

In accordance with General Order No. 2002-01 the undersigned defendants hereby move for leave to exceed page limits, for reasons that follow:

1. The undersigned defendants have drafted a Reply Memorandum in Support of their Motion to Compel Enforcement of Settlement, which is in the process of final editing;

2. The Reply Memorandum consists of approximately 17 pages;

3. The exhibits to that Memorandum total approximately 95 pages;

4. Defendants believe that the proposed Memorandum and Exhibits will significantly assist the Court in resolving the pending Motion.

Accordingly, defendants ask that the Court grant this Motion.

Granted:
Ronald R. Lagueux
Sr. USDJ 6/14/05

Matthew F. Medeiros /LHR

Matthew F. Medeiros (#1856)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**Attorneys for Defendants Sequa Corporation and Chromalloy American Corporation**