## Medeiros, Matthew

**From:** Cindy Hyndman [chyndman@robinsoncurley.com]
**Sent:** Tuesday, August 24, 2004 11:05 AM
**To:** Medeiros, Matthew; David Hashmall (E-mail)
**Cc:** Jack Partridge (E-mail)
**Subject:** Settlement Agreement

**Settlement Agreement** **Revised ettlement Agreeme**

I have reviewed the drafts of the Settlement Agreement and have concluded that your contention that the Receiver never agreed to a provision that she would not disclose the amount of the settlement is baseless. On July 19, 2004, we sent a version of the Settlement Agreement that included the language:

"McConaghy will not disclose the amount of the Payment set forth in Paragraph 2 above, except by reference to the Agreement as filed with the Receivership Court"

In a conversation with Matt on July 22, 2004, he advised that Mr. Lowson did not like that language. In its place, we proposed the language that is currently in the Agreement. The revised Settlement Agreement was forwarded to both of you on July 27, 2004.

I have attached the relevant e-mails in case you no longer have them.

Cindy

CONFIDENTIALITY NOTICE

The information contained in this e-mail message and in any accompanying documents
constitutes confidential information which belongs to Robinson Curley & Clayton, P.C.
and may contain attorney work product or information protected by the attorney-client
privilege or other privileges. This information is intended only for the use of the individual or entity to whom it is directed. If you are not the intended recipient of this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail message in error, please immediately notify us by telephone at (312) 663-3100 to arrange for its return to us. Thank you.