Matthew F Medeiros
Robert Karmen
FLANDERS + MEDEIROS INC.
One Turks Head Place
Suite 700
Providence, RI 02903
(401)831-0700

Attorneys for Defendants Sequa Corporation
and Chromalloy America Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Diamond Benefits Life Insurance Co. and American Universal Insurance Company Contracts Litigation | M.D.L. Docket No. 972 |
| | CIV-93-1035-PHX-RGS |
| BARRY G. HITTNER, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, | C.A. No. 1:92-512 |
| Plaintiff, | ANSWER AND COUNTERLCLAIM OF DEFENDANTS SEQUA CORPORATION AND CHROMALLOY AMERICA CORPORATION TO FIRST AMENDED COMPLAINT |
| SEQUA CORPORATION, et al., | |
| Defendants. | |

Defendants Sequa Corporation ("Sequa") and Chromalloy American Corporation ("Chromalloy") hereby answer the First Amended Complaint (the "Complaint") as follows:

## First Defense

1-2. The allegations contained in paragraphs 1 and 2 of the Complaint are conclusions of law as to which no responsive pleading is required. To the extent that an answer is required, Sequa and Chromalloy deny those allegations.

82. Sequa and Chromalloy admit the allegations contained in paragraph 82 of the Complaint, except state that Gutterman's middle initial is "S" and not "C" and deny that Gutterman held the stated positions for the "period in question."

83. Sequa and Chromalloy admit the allegations contained in paragraph 83 of the Complaint, except deny that Davis held the stated positions for the "period in question."

84-85. Sequa and Chromalloy lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 84 and 85 of the Complaint.

86. Sequa and Chromalloy incorporate by reference their responses to paragraphs 1 through 85 of the Complaint, as their response to paragraph 86.

87-92. Sequa and Chromalloy deny the allegations contained in paragraphs 87 through 92 of the Complaint insofar as those allegations are directed against them, and lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraphs 87 through 92.

93. Sequa and Chromalloy incorporate by reference their responses to paragraphs 1 through 92 of the Complaint, as their response to paragraph 93.

94. The allegations contained in paragraph 94 of the Complaint are conclusions of law as to which no responsive pleading is required.

95. Sequa and Chromalloy lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint.

96-97. The allegations contained in paragraphs 96 and 97 of the Complaint are conclusions of law as to which no responsive pleading is required.