**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARILYN SHANNON McCONAGHY, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff, | ) | C.A. No. 92-512 L |
| v. | ) | |
| SEQUA CORPORATION, et al., Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL MEMORANDUM**

In accordance with General Order No. 2002-01, the undersigned defendants hereby move for leave to file a Supplemental Memorandum in Support of their Motion to Compel Enforcement of Settlement, for reasons that follow:

1. After defendants filed their Reply Memorandum on June 14, 2005, the Rhode Island Supreme Court decided a case that completely refutes the Receiver's arguments in opposition to the Motion;

2. Defendants wish to provide the Court with their analysis of that case, in a proposed Supplemental Memorandum that will be approximately 3 pages long;

3. Defendants believe that the proposed Supplemental Memorandum will significantly assist the Court in resolving the pending Motion.

Accordingly, defendants ask that the Court grant this Motion.

/s/ Matthew F. Medeiros /CHR

Matthew F. Medeiros (#1856)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**Attorneys for Defendants Sequa Corporation and Chromalloy American Corporation**

/s/ David M. Hashmall /CHR

David M. Hashmall
Leonard F. Lesser
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 459-7430
Fax: (212) 355-3333

**Attorneys for Defendants Norman E. Alexander, Robert E. Davis and Gerald S. Gutterman**

Mark Maloney /CH/KL

Mark Maloney, Esq.
King & Spalding LLP
191 Peachtree Street, Suite 4900
Atlanta, GA 30303-1763
Tel: (404) 572-4600
Fax: (404 572-5100

- and -

Dennis T. Grieco /CH/KL

Michael G. Sarli, Esq.
Dennis T. Grieco, II, Esq.
Gidley Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

**Attorneys for Towers, Perrin, Forster and Crosby, Inc., as successor by merger to Tillinghast, Nelson and Warren and Tillinghast & Co.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2005 the within Motion for Leave to File Supplemental Memorandum was served by First Class U.S. Mail, postage prepaid, upon the following:

Melissa Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

Ellen G. Robinson, Esq.
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606

Mr. Carleton Burtt, pro se
120 Paul Street
P. O. Box 1264
Walterboro, SC 29488

Veronica Szyc