FILED
JUL 1 9 20
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARILYN SHANNON McCONAGHY, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff, | ) | C.A. No. 92-512 L |
| v. | ) | |
| SEQUA CORPORATION, et al., Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL MEMORANDUM**

In accordance with General Order No. 2002-01, the undersigned defendants hereby move for leave to file a Supplemental Memorandum in Support of their Motion to Compel Enforcement of Settlement, for reasons that follow:

1. After defendants filed their Reply Memorandum on June 14, 2005, the Rhode Island Supreme Court decided a case that completely refutes the Receiver's arguments in opposition to the Motion;

2. Defendants wish to provide the Court with their analysis of that case, in a proposed Supplemental Memorandum that will be approximately 3 pages long;

3. Defendants believe that the proposed Supplemental Memorandum will significantly assist the Court in resolving the pending Motion.

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/05