IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff, | No. 92-512 L |
| v. | Judge Ronald L. Lagueux |
| SEQUA CORPORATION, et al., Defendants. | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ENFORCEMENT OF SETTLEMENT AGREEMENT

In accordance with Amended General Order No. 2002-01, Plaintiff moves for leave to file a Memorandum in Response to Defendants' Supplemental Memorandum in Support of Motion to Compel Enforcement of Settlement, for reasons that follow:

1. After obtaining leave to do so, Defendants filed a Supplemental Memorandum addressing McBurney v. Teixeira, 875 A.2d 439 (R.I. 2005), a recently issued decision which Defendants contend refutes arguments made by the Plaintiff in his Memorandum in Opposition to Defendants' Motion to Compel Enforcement of Settlement.

2. Plaintiff wishes to provide the Court with a rebuttal of Defendants' analysis of that case, in a proposed Response to Defendants' Supplemental Memorandum that will be approximately 3 pages long.

3. Plaintiff believes that the proposed Response to Defendants' Supplemental Memorandum will significantly assist the Court in resolving the pending motion.

For the foregoing reasons, Plaintiff moves for leave to file a Response to Defendants' Supplemental Memorandum in Support of Motion to Compel Enforcement of Settlement.

**Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company**

By: Melissa Horne

Melissa M. Horne, Esq. (5291)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: August 18, 2005

Ellen G. Robinson
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
(Admitted Pro Hac Vice)
Attorneys for the Receiver

**CERTIFICATION**

I hereby certify that on the 18th day of August, 2005, I forwarded a true copy of the within document by regular mail to the following:

Matthew F. Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Carleton Burtt
120 Paul Street, Box 1264
Walterboro, SC 29488

David M. Hashmall, Esq.
Robert Karmen, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Michael G. Sarli, Esq.
Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903

Daniel J. King, Esq.
Mark Maloney, Esq.
King & Spalding
191 Peach Tree Street
Suite 4900
Atlanta, GA 30303-1763

Elizabeth Garant