IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company,

Plaintiff,

v.

SEQUA CORPORATION, et al.,

Defendants.

No. 92-512 L

Judge Ronald L. Lagueux

PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ENFORCEMENT OF SETTLEMENT AGREEMENT

In accordance with Amended General Order No. 2002-01, Plaintiff moves for leave to file a Memorandum in Response to Defendants' Supplemental Memorandum in Support of Motion to Compel Enforcement of Settlement, for reasons that follow:

1. After obtaining leave to do so, Defendants filed a Supplemental Memorandum addressing McBurney v. Teixeira, 875 A.2d 439 (R.I. 2005), a recently issued decision which Defendants contend refutes arguments made by the Plaintiff in his Memorandum in Opposition to Defendants' Motion to Compel Enforcement of Settlement.

2. Plaintiff wishes to provide the Court with a rebuttal of Defendants' analysis of that case, in a proposed Response to Defendants' Supplemental Memorandum that will be approximately 3 pages long.

Granted: Ronald R. Lagueux
Sr. USDJ 9/13/05