# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER: CA 92-0512L** **DATE: September 20, 2005**

**TITLE OF CASE: A. Michael Marques v. Sequa Corporation**

---

Senior, U.S. District Judge Ronald R. Lagueux

COURTROOM CLERK: James E. Webb

COURT REPORTER - Karen Zinni

---

Motion to compel enforcement of settlement

| | |
|---|---|
| Atty. for PLTF: A. Michael Marques | Melissa Horne, Esq<br>Cynthia Hyndman, Esq pro se |
| Atty. for DEFT: Sequa Corporation<br>Chromally | Matthew Medeiros, Esq.<br>David Hashmall, Esq. pro se. |
| Atty for DEFT: Tillinghast | Dennis Greico, Esq.<br>Mark Maloney, Esq., pro se |

A bench trial will be scheduled, counsel to meet and agree to evidence. A Status conference will be scheduled sometime after October 18, 2005