# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff,<br><br>v.<br><br>SEQUA CORPORATION, et al., Defendants. | C.A. No. 92-512 L |

## WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF SETTLEMENT

Defendants Sequa Corporation, Chromalloy American Corporation, Norman E. Alexander, Robert E. Davis and Gerald S. Gutterman (collectively the "Sequa Defendants") and Towers, Perrin, Forster and Crosby, Inc. as successor by merger to Tillinghast, Nelson and Warren and Tillinghast & Co. ("Tillinghast") hereby withdraw without prejudice their pending Motion To Compel Enforcement of Settlement.

Matthew F. Medeiros by [signature]

Matthew F. Medeiros (#1856)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**Attorneys for Defendants Sequa Corporation and Chromalloy American Corporation**

David M. Hashmall
Leonard F. Lesser
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 459-7430
Fax: (212) 355-3333

**Attorneys for Defendants Norman E. Alexander, Robert E. Davis and Gerald S. Gutterman**

Mark Maloney, Esq.
King & Spalding
191 Peachtree Street, Suite 4900
Atlanta, GA 30303-1763
Tel: (404) 572-4600
Fax: (404 572-5100

- and -

Michael G. Sarli, Esq.
Dennis T. Grieco, II, Esq.
Gidley Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

**Attorneys for Towers, Perrin, Forster and Crosby, Inc., as successor by merger to Tillinghast, Nelson and Warren and Tillinghast & Co.**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2005 the within Withdrawal of Motion to Compel Enforcement of Settlement was served by First Class U.S. Mail, postage prepaid, upon the following:

Melissa Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

Ellen G. Robinson, Esq.
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606

Mr. Carleton Burtt, pro se
120 Paul Street
P. O. Box 1264
Walterboro, SC 29488

[signature]