**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, Plaintiff, | ) | C.A. No. 92-512 L |
| v. | ) | |
| SEQUA CORPORATION, et al., Defendants. | ) | |

**ORDER GRANTING LEAVE TO WITHDRAW MOTION TO COMPEL**

The Sequa Defendants and Tillinghast (as identified in their motion papers) having filed a Motion to Compel Enforcement of Settlement; and plaintiff having opposed that Motion; and defendants thereafter having filed a Withdrawal of their Motion to Compel, without prejudice, which the Court deemed a Motion for Leave to Withdraw the Motion to Compel; and the parties having filed written submissions with respect to the Motion for Leave; and the Court having reviewed those submissions and heard oral argument thereon; it is hereby ORDERED:

Defendants' Motion for Leave to Withdraw their Motion to Compel is granted and, accordingly, the Defendants' Motion to Compel Enforcement of Settlement is hereby withdrawn without prejudice and with no award of fees, costs or expenses.

Enter: Ronald R. Lagueux
Ronald R. Lagueux
Senior Judge
12/13/05

By Order:
Clerk