**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Uiversal Insurance Company,** | |
| **Plaintiff,** | **No. 92-512 L** |
| **v.** | |
| | **Judge Ronald R. Lagueux** |
| **SEQUA CORPORATION, et al.,** | |
| **Defendants.** | |

**JOINT MOTION TO DISMISS**

Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company ("Plaintiff"), and Defendant, Towers, Perrin, Forster & Crosby, Inc., successor by merger to Tillinghast, Nelson and Warren, Inc. and Tillinghast & Co. ("Defendant"), move to dismiss with prejudice all claims that were or could have been asserted against each other in this action. Plaintiff and Defendant also request that this Court find the settlement between Plaintiff and Defendant to be a judicially approved good faith settlement pursuant to the provisions of R.I. Gen. Laws § 27-1-16.2. As support for this Motion, Plaintiff and Defendant rely upon the Memorandum in Support of Joint Motion to Dismiss.

WHEREFORE, Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, and Defendant, Towers, Perrin, Forster & Crosby, Inc., respectfully request that the Court grant the Joint Motion to

Dismiss, that the Court enter the Stipulated Order of Dismissal in the form appended hereto as **Exhibit A**, and that they be granted such other and further relief as is just and proper.

Respectfully submitted,

/s/ Melissa M. Horne

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, PC
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Cynthia Hyndman, Esq.
ROBINSON, CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

**Attorneys for Plaintiff A. Michael Marques, Receiver of American Universal Insurance Company, Canadian Universal Insurance Company and Canadian Universal Insurance Company, Ltd.**

/s/ Michael G. Sarli

Michael G. Sarli, Esq.
State Bar No.
Dennis T. Grieco, II, Esq.
State Bar No.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
Telephone: (401) 274-6644
Facsimile: (401) 331-9304

Daniel J. King, Esq.
Mark Maloney, Esq.
King & Spalding
191 Peach Tree Street
Suite 4900
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**Attorneys for Defendant Towers, Perrin, Forster & Crosby, Inc.**

**CERTIFICATION**

I hereby certify that on November 3, 2006, I forwarded a true copy of the within document to the following parties by regular mail, postage prepaid, unless otherwise indicated:

| | |
|---|---|
| David M. Hashmall, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | ATTORNEY FOR:<br><br>NORMAN E. ALEXANDER,<br>ROBERT E. DAVIS, and<br>GERALD C. GUTTERMAN |
| **By Hand Delivery**<br>Matthew F. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903 | ATTORNEY FOR:<br><br>SEQUA CORPORATION and<br>CHROMALLOY AMERICAN CORPORATION |
| Carleton Burtt<br>120 Paul Street<br>Box 1264<br>Walterboro, SC 29488 | PRO SE |
| **By Hand Delivery**<br>Michael G. Sarli, Esq.<br>GIDLEY, SARLI & MARUSAK<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>- and -<br>Daniel J. King, Esq.<br>Mark Maloney, Esq.<br>King & Spalding<br>191 Peach Tree Street, Suite 4900<br>Atlanta, GA 30303-1763 | ATTORNEYS FOR:<br><br>TOWERS, PERRIN, FORSTER & CROSBY and RONALD WILSON |

**By Hand Delivery**
Patricia A. Sullivan, Esq.
EDWARDS & ANGELL
One BankBoston Plaza
Providence, RI 02903-2499

ATTORNEY FOR:

KPMG PEAT MARWICK, LLP

Fred Wahrlich, Esq.
FLOYD, SMITH & RIOS, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2732

ATTORNEY FOR:

Ben B. Floyd, Trustee of the Bankruptcy Estates of RHI HOLDINGS, INC. and HILL TOP DEVELOPERS, INC., Debtors

**By Hand Delivery**
James T. McCormick, Esq.
MCKENNA & MCCORMICK
128 Dorrance Street, Room 330
Providence, RI 02903

ATTORNEY FOR:

RHI HOLDINGS, INC.
HILL TOP DEVELOPERS; and
G. WAYNE REEDER

/s/ Melissa M. Horne

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Uiversal Insurance Company,** | ) | |
| **Plaintiff,** | ) | **No. 92-512 L** |
| **v.** | ) | **Judge Ronald R. Lagueux** |
| **SEQUA CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS**

Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company ("Plaintiff"), and Defendant, Towers, Perrin, Forster & Crosby, Inc., successor by merger to Tillinghast, Nelson and Warren, Inc. and Tillinghast & Co. ("Defendant"), submit this Memorandum in support of their Joint Motion to Dismiss. As support for the Joint Motion to Dismiss, Plaintiff and Defendant represent that they have entered into a settlement resolving all matters in dispute between them. The settlement between Plaintiff and Defendant has been authorized by the Rhode Island Superior Court supervising the American Universal Insurance Company and Canadian Universal Insurance Company receiverships pursuant to the Petition for Order Authorizing Settlement and Release and the Order

granting that Petition dated October 4, 2006, copies of which are attached as **Exhibits 1** and **2** respectively.

WHEREFORE, Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, and Defendant, Towers, Perrin, Forster & Crosby, Inc., respectfully request that the Court grant the Joint Motion to Dismiss, that the Court enter the Stipulated Order of Dismissal in the form attached to the Joint Motion to Dismiss as Exhibit A, and that they be granted such other and further relief as is just and proper.

Respectfully submitted,

/s/ Melissa M. Horne

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, PC
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Cynthia Hyndman, Esq.
ROBINSON, CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

**Attorneys for Plaintiff A. Michael Marques, Receiver of American Universal Insurance Company, Canadian Universal Insurance Company and Canadian Universal Insurance Company, Ltd.**

/s/ Michael G. Sarli
Michael G. Sarli, Esq.
State Bar No.
Dennis T. Grieco, II, Esq.
State Bar No.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
Telephone: (401) 274-6644
Facsimile: (401) 331-9304

Daniel J. King, Esq.
Mark Maloney, Esq.
King & Spalding
191 Peach Tree Street
Suite 4900
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**Attorneys for Defendant Towers, Perrin, Forster & Crosby, Inc.**

**CERTIFICATION**

I hereby certify that on November 3, 2006, I forwarded a true copy of the within document to the following parties by regular mail, postage prepaid, unless otherwise indicated:

| | |
|---|---|
| David M. Hashmall, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | ATTORNEY FOR:<br><br>NORMAN E. ALEXANDER,<br>ROBERT E. DAVIS, and<br>GERALD C. GUTTERMAN |
| **By Hand Delivery**<br>Matthew F. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903 | ATTORNEY FOR:<br><br>SEQUA CORPORATION and<br>CHROMALLOY AMERICAN<br>CORPORATION |

| | |
|---|---|
| Carleton Burtt<br>120 Paul Street<br>Box 1264<br>Walterboro, SC 29488 | PRO SE |
| **By Hand Delivery**<br>Michael G. Sarli, Esq.<br>GIDLEY, SARLI & MARUSAK<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>- and -<br>Daniel J. King, Esq.<br>Mark Maloney, Esq.<br>King & Spalding<br>191 Peach Tree Street, Suite 4900<br>Atlanta, GA 30303-1763 | ATTORNEYS FOR:<br><br>TOWERS, PERRIN, FORSTER & CROSBY and RONALD WILSON |
| **By Hand Delivery**<br>Patricia A. Sullivan, Esq.<br>EDWARDS & ANGELL<br>One BankBoston Plaza<br>Providence, RI 02903-2499 | ATTORNEY FOR:<br><br>KPMG PEAT MARWICK, LLP |
| Fred Wahrlich, Esq.<br>FLOYD, SMITH & RIOS, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002-2732 | ATTORNEY FOR:<br><br>Ben B. Floyd, Trustee of the Bankruptcy Estates of RHI HOLDINGS, INC. and HILL TOP DEVELOPERS, INC., Debtors |
| **By Hand Delivery**<br>James T. McCormick, Esq.<br>MCKENNA & MCCORMICK<br>128 Dorrance Street, Room 330<br>Providence, RI 02903 | ATTORNEY FOR:<br><br>RHI HOLDINGS, INC.<br>HILL TOP DEVELOPERS; and<br>G. WAYNE REEDER |

/s/ Melissa M. Horne