**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company,** | ) | |
| **Plaintiff,** | ) | **No. 92-512 L** |
| **v.** | ) | **Judge Ronald R. Lagueux** |
| **SEQUA CORPORATION, et al.,** | ) | |
| **Defendants.** | ) | |

**STIPULATED ORDER OF DISMISSAL**

On this date, the Court considered the joint motion of Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company ("Plaintiff"), and Defendant, Towers, Perrin, Forster & Crosby, Inc., successor by merger to Tillinghast, Nelson and Warren, Inc. and Tillinghast & Co. ("Defendant"), to dismiss with prejudice all claims that were or could have been asserted against each other in this action. The Court, having been apprised of a settlement between the Plaintiff and Defendant, is of the opinion that the parties have shown good cause for granting the relief requested. The Court further finds that this settlement between Plaintiff and Defendant is made by the parties pursuant to the provisions of R.I. Gen. Laws § 27-1-16.2, and finds the settlement between Plaintiff and Defendant to be a judicially approved good-faith settlement; accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. That all claims that were or could have been asserted by Plaintiff against Defendant, and vice versa, are hereby dismissed with prejudice;

2. That this dismissal is without prejudice to the rights and obligations arising under the Settlement Agreement and Release dated September 7, 2006;

3. That the settlement between Plaintiff and Defendant is approved as a good faith settlement pursuant to the provisions of R.I. Gen. Laws § 27-1-16.2.

4. That this dismissal is without prejudice to the rights of either party against other parties to this action; and

5. That each party is to bear its own fees and costs herein.

ENTERED as an Order of this Court this _____ day of November, 2006.

ENTERED: BY ORDER:

______________________________ ______________________________
Clerk

AGREED:

/s/ Melissa M. Horne

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, PC
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Cynthia Hyndman, Esq.
ROBINSON, CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

**Attorneys for Plaintiff A. Michael Marques, Receiver of American Universal Insurance Company, Canadian Universal Insurance Company and Canadian Universal Insurance Company, Ltd.**

/s/ Michael G. Sarli

Michael G. Sarli, Esq.
State Bar No.
Dennis T. Grieco, II, Esq.
State Bar No.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
Telephone: (401) 274-6644
Facsimile: (401) 331-9304

Daniel J. King, Esq.
Mark Maloney, Esq.
King & Spalding
191 Peach Tree Street
Suite 4900
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**Attorneys for Defendant Towers, Perrin, Forster & Crosby, Inc.**

**CERTIFICATION**

I hereby certify that on November 3, 2006, I forwarded a true copy of the within document to the following parties by regular mail, postage prepaid, unless otherwise indicated:

| | |
|---|---|
| David M. Hashmall, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 | ATTORNEY FOR:<br><br>NORMAN E. ALEXANDER,<br>ROBERT E. DAVIS, and<br>GERALD C. GUTTERMAN |
| **By Hand Delivery**<br>Matthew F. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903 | ATTORNEY FOR:<br><br>SEQUA CORPORATION and<br>CHROMALLOY AMERICAN CORPORATION |
| Carleton Burtt<br>120 Paul Street<br>Box 1264<br>Walterboro, SC 29488 | PRO SE |
| **By Hand Delivery**<br>Michael G. Sarli, Esq.<br>GIDLEY, SARLI & MARUSAK<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>- and -<br>Daniel J. King, Esq.<br>Mark Maloney, Esq.<br>King & Spalding<br>191 Peach Tree Street, Suite 4900<br>Atlanta, GA 30303-1763 | ATTORNEYS FOR:<br><br>TOWERS, PERRIN, FORSTER & CROSBY and RONALD WILSON |

**By Hand Delivery**
Patricia A. Sullivan, Esq.
EDWARDS & ANGELL
One BankBoston Plaza
Providence, RI 02903-2499

ATTORNEY FOR:

KPMG PEAT MARWICK, LLP

Fred Wahrlich, Esq.
FLOYD, SMITH & RIOS, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2732

ATTORNEY FOR:

Ben B. Floyd, Trustee of the Bankruptcy Estates of RHI HOLDINGS, INC. and HILL TOP DEVELOPERS, INC., Debtors

**By Hand Delivery**
James T. McCormick, Esq.
MCKENNA & MCCORMICK
128 Dorrance Street, Room 330
Providence, RI 02903

ATTORNEY FOR:

RHI HOLDINGS, INC.
HILL TOP DEVELOPERS; and
G. WAYNE REEDER

/s/ Melissa M. Horne