STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

A. MICHAEL MARQUES, Director of Business Regulation of the State of Rhode Island

Vs.

P.M. No. 90-8282

AMERICAN UNIVERSAL INSURANCE COMPANY, a Rhode Island domiciliary insurance company

---

A. MICHAEL MARQUES, Director of Business Regulation of the State of Rhode Island

Vs.

P.M. No. 91-0949

CANADIAN UNIVERSAL INSURANCE COMPANY, a Rhode Island domiciliary insurance company

**ORDER**

This matter came on for consideration on October 4, 2006 before Justice Robert D. Krause on the Petition for Order Authorizing Settlement and Release of A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, dated September 20, 2006. The Court being satisfied that the granting of the prayers of the Petition is in the best interest of the Estates, and that the settlement has been entered into in good faith, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

1. That the Receiver's Petition for Order Authorizing Settlement and Release seeking approval of the settlement and

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
OCT -4 A 10: 11

release between A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company, and Towers, Perrin, Forster & Crosby, Inc., successor by merger to Tillinghast, Nelson & Warren, Inc. and Tillinghast & Co. ("Tillinghast") is hereby granted;

2. That the Receiver and her counsel are authorized to enter into the settlement and release with Tillinghast substantially in accordance with the Settlement Agreement and Release executed by the parties as of September 7, 2006, and to execute and deliver all documents necessary to effectuate the settlement.

3. That the Court finds that the settlement was made by the parties pursuant to the provisions of R.I.Gen.Laws § 27-1-16.2 and that it was made in good faith and is fair, reasonable, and in the best interest of the receivership estates of American Universal Insurance Company and Canadian Universal Insurance Company;

4. That the Receiver is authorized to allocate the settlement proceeds to the AUIC receivership estate; and

5. That the Court finds that the notice given to the parties identified in the Certification appended to the Petition constitutes good and sufficient notice to interested parties.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**ENTER:** **PER ORDER:**

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 OCT -4 A 10:11

Presented by:

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
(401) 273-8300

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island