Case 1:92-cv-00512-L Document 192 Filed 11/09/2006 Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company,**

**Plaintiff,**

**v.**

**SEQUA CORPORATION, et al.,**

**Defendants.**

**No. 92-512 L**

**Judge Ronald R. Lagueux**

**STIPULATED ORDER OF DISMISSAL**

On this date, the Court considered the joint motion of Plaintiff, A. Michael Marques, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company ("Plaintiff"), and Defendant, Towers, Perrin, Forster & Crosby, Inc., successor by merger to Tillinghast, Nelson and Warren, Inc. and Tillinghast & Co. ("Defendant"), to dismiss with prejudice all claims that were or could have been asserted against each other in this action. The Court, having been apprised of a settlement between the Plaintiff and Defendant, is of the opinion that the parties have shown good cause for granting the relief requested. The Court further finds that this settlement between Plaintiff and Defendant is made by the parties pursuant to the provisions of R.I. Gen. Laws § 27-1-16.2, and finds the settlement between Plaintiff and Defendant to be a judicially approved good-faith settlement; accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. That all claims that were or could have been asserted by Plaintiff against Defendant, and vice versa, are hereby dismissed with prejudice;

2. That this dismissal is without prejudice to the rights and obligations arising under the Settlement Agreement and Release dated September 7, 2006;

3. That the settlement between Plaintiff and Defendant is approved as a good faith settlement pursuant to the provisions of R.I. Gen. Laws § 27-1-16.2.

4. That this dismissal is without prejudice to the rights of either party against other parties to this action; and

5. That each party is to bear its own fees and costs herein.

ENTERED as an Order of this Court this 8 day of November, 2006.

ENTER[redacted]: BY ORDER:

Sr. USDJ 11/8/06

Clerk