**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**A. MICHAEL MARQUES, )**
**Receiver of American Universal)**
**Insurance Company and Canadian)**
**Universal Insurance Company, )**
**)**
**Plaintiff, ) No. 92-512L**
**v. )**
**) Judge Ronald R. Lagueux**
**SEQUA CORPORATION, et al., )**
**)**
**Defendants. )**

**RECEIVER'S MOTION FOR VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF DEFENDANT CARLETON BURTT**

Plaintiff, A. Michael Marques, in his capacity as Receiver of American Universal Insurance Company and Canadian Universal Insurance Company (the "Receiver"), moves pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing with prejudice all claims asserted against Defendant Carleton Burtt in this case, with the Receiver and Burtt each to bear his own costs. As support for this Motion, the Receiver relies upon the Memorandum in Support of Receiver's Motion for Voluntary Dismissal of Defendant Carleton Burtt.

WHEREFORE, the Receiver respectfully requests that this Court enter an order dismissing Carleton Burtt, with prejudice, with the Receiver and Burtt each to bear his own costs, and grant such other and further relief as may be just and proper.

Respectfully submitted,

**A. MICHAEL MARQUES, RECEIVER OF AMERICAN UNIVERSAL INSURANCE COMPANY AND CANADIAN UNIVERSAL INSURANCE COMPANY**

By his Attorneys

/s/ Melissa M. Horne

Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Ellen G. Robinson, Esq.
Cynthia H. Hyndman, Esq.
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

**CERTIFICATION**

I hereby certify that on the 30th day of November, 2006, this document was filed electronically in accordance with the Federal Rules of Civil Procedure and a copy of the foregoing pleading to be served on counsel of record as follows:

**Via Electronic Mail through Electronic Case Filing to the following:**

Joseph Cavanagh, Jr., Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Matthew F. Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com
dcabral@lmkbw.com

Michael G. Sarli, Esq.
Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
mgs@gsm-law.com
dtg@gsm-law.com
tlh@gsm-law.com

**By regular, first class mail:**

John H. Blish, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Carleton Burtt
120 Paul Street
P.O. Box 1264
Waterboro, SC 29488

David M. Hashmall, Esq.
Leonard Lesser, Esq.
Goodwin, Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Cynthia Hyndman, Esq.
Ellen Robinson, Esq.
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

Daniel King, Esq.
Mark Maloney, Esq.
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

/s/ Melissa M. Horne

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company,** | |
| **Plaintiff,** | **No. 92-512L** |
| **v.** | |
| | **Judge Ronald R. Lagueux** |
| **SEQUA CORPORATION, et al.,** | |
| **Defendants.** | |

**RECEIVER'S MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CARLETON BURTT**

A. Michael Marques, as Receiver of American Universal Insurance Company and Canadian Universal Insurance Company (the "Receiver"), files this Memorandum in Support of Receiver's Motion for Voluntary Dismissal with Prejudice of Defendant Carleton Burtt. As support for the Motion to Dismiss, the Receiver states as follows:

American Universal Insurance Company ("AUIC") was a Rhode Island domiciled property and casualty insurance company that was declared insolvent on January 8, 1991 and placed in receivership under the supervision of the Rhode Island Superior Court. Canadian Universal Insurance Company ("CUIC") was a subsidiary of AUIC. CUIC was declared insolvent and placed in receivership under the supervision of the Rhode Island Superior Court on February 5, 1991. A. Michael Marques, the Director of Business Regulation for the State of Rhode Island, currently serves under

orders of the Rhode Island Superior Court as Receiver of AUIC and CUIC for the purpose of liquidating the claims and assets of the former insurers, in order to pay creditors and policy holders.

This lawsuit arises from the sale of AUIC by Chromalloy American Corporation ("Chromalloy"), a wholly-owned subsidiary of Sequa Corporation ("Sequa"), to Resolute Holdings, Inc. ("RHI"). The Receiver's Complaint, filed in 1992, alleged six different theories of recovery against 15 different defendants:

- Sequa, Chromalloy, Norman E. Alexander, Robert E. Davis, and Gerald C. Gutterman (collectively, the "Sequa Defendants");
- Towers, Perrin Forster & Crosby, as successor by merger to Tillinghast, Nelson & Warren, Inc., ("Tillinghast") and Ronald Wilson;
- G. Wayne Reeder;
- Hill Top Developers, Inc. and Six Corporation (the "Reeder-controlled Entities");
- RHI Holdings, Inc., f/d/b/a One Hundred Thirteen Corp. (successor by merger to RHI);
- Charles S. Christopher;
- William W. Geary, Jr.;
- Jarrell B. Ormand; and
- Carleton Burtt.

On April 16, 1993, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered that this case be transferred to the United States District Court for the District of Arizona. During the approximately eight years that this case was consolidated with related actions in the District of Arizona:

- G. Wayne Reeder was defaulted;
- The Receiver's claims against RHI Holdings, Inc., the Reeder-controlled Entities and Charles S. Christopher were stayed when those defendants filed bankruptcy petitions;
- the Receiver settled claims against Ormand and Geary;
- the Receiver voluntarily dismissed his claims against Wilson; and
- the claims against Tillinghast were dismissed on summary judgment.

Thus, when the MDL panel remanded the case to the District of Rhode Island on December 5, 2001, the only claims left for trial were those pending against the Sequa Defendants and Burtt.

On March 25, 2004, the Receiver reached a settlement agreement with the Sequa Defendants. This Court entered an order dismissing those defendants with prejudice on November 30, 2004.

On September 7, 2006, the Receiver reached a settlement

agreement with Tillinghast. This Court entered an order dismissing Tillinghast with prejudice on November 8, 2006.

Burtt is now the only remaining defendant in the case. The Receiver has decided it is in AUIC's and CUIC's best interests to dismiss Burtt, with prejudice, from this action, rather than try this case solely against him. With the dismissal of Burtt, all claims against all parties in this case will be finally resolved. The Receiver, therefore, respectfully requests an Order dismissing Burtt with prejudice, with the Receiver and Burtt each to bear his own costs.

Respectfully submitted,

**A. MICHAEL MARQUES, RECEIVER OF AMERICAN UNIVERSAL INSURANCE COMPANY AND CANADIAN UNIVERSAL INSURANCE COMPANY**

By his Attorneys

/s/ Melissa M. Horne
Melissa M. Horne, Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Ellen G. Robinson, Esq.
Cynthia H. Hyndman, Esq.
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

**CERTIFICATION**

I hereby certify that on the 30th day of November, 2006, this document was filed electronically in accordance with the Federal Rules of Civil Procedure and a copy of the foregoing pleading to be served on counsel of record as follows:

**Via Electronic Mail through Electronic Case Filing to the following:**

Joseph Cavanagh, Jr., Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Michael G. Sarli, Esq.
Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
mgs@gsm-law.com
dtg@gsm-law.com
tlh@gsm-law.com

Matthew F. Medeiros, Esq.
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, RI 02903
mfm@lmkbw.com
dcabral@lmkbw.com

**By regular, first class mail:**

John H. Blish, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Carleton Burtt
120 Paul Street
P.O. Box 1264
Waterboro, SC 29488

David M. Hashmall, Esq.
Leonard Lesser, Esq.
Goodwin, Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Cynthia Hyndman, Esq.
Ellen Robinson, Esq.
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606

Daniel King, Esq.
Mark Maloney, Esq.
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

/s/ Melissa M. Horne