**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **A. MICHAEL MARQUES, Receiver of American Universal Insurance Company and Canadian Universal Insurance Company,** | |
| **Plaintiff,** | **No. 92-512L** |
| **v.** | |
| | **Judge Ronald R. Lagueux** |
| **SEQUA CORPORATION, et al.,** | |
| **Defendants.** | |

**RECEIVER'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CARLETON BURTT**

Plaintiff, A. Michael Marques, in his capacity as Receiver of American Universal Insurance Company and Canadian Universal Insurance Company (the "Receiver"), moves pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing with prejudice all claims asserted against Defendant Carleton Burtt in this case, with the Receiver and Burtt each to bear his own costs. As support for this Motion, the Receiver relies upon the Memorandum in Support of Receiver's Motion for Voluntary Dismissal of Defendant Carleton Burtt.

WHEREFORE, the Receiver respectfully requests that this Court enter an order dismissing Carleton Burtt, with prejudice, with the Receiver and Burtt each to bear his own costs, and grant such other and further relief as may be just and proper.

Granted — submit an order;

Ronald R. Lagueux
Sr. USDJ 12/5/06