**CARLETON D. BURTT**
**120 PAUL STREET**
**WALTERBORO, SC 29488**

December 4, 2006

The Honorable Ronald R. Lagueux
Senior Judge
United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**Re: Marques v. SEQUA Corporation, et al**
**No. 92-512L**

Dear Judge Lagueux:

I have been a named defendant in this case from the beginning. I have represented myself ***pro se*** not only because I knew I had done nothing to damage the plaintiff, but also to avoid the calamity of incurring enormous legal expenses that I had no capacity to pay. I testified for the government in both of the criminal cases that resulted in convictions and prison terms for the wrongdoers. Almost ten years ago I was deposed for five full days by plaintiff's counsel in this civil case. Over the entirety of this protracted litigation, plaintiff's counsel found no evidence whatsoever of any wrongdoing on my part, nor could they identify any damage I had done to the plaintiff.

This case has been in litigation for over fourteen years, and I have had this matter hanging over my head for all this time. I have been unable to consider several opportunities that were available to me for directorships, and executive employment, in regulated financial institutions because this suit had been filed against me. I believe I have been damaged very substantially by having been frivolously named a defendant in this suit, with plaintiff's counsel never having produced any evidence whatsoever of wrongdoing on my part. Were this to go to trial, I would be able to call witnesses who would verify that plaintiff's counsel never had any evidence of wrongdoing against me, and one of whom would testify that I was told quite specifically on more than one occasion by plaintiff's counsel himself that this was so.

While I believe it is unjust for the plaintiff to now petition the Court to dismiss this case against me without providing me with an opportunity to be heard in Court on the matter of the damages I have suffered, I have neither the financial resources to pursue this matter to its rightful and equitable end, nor the appetite to prolong this affair any longer. Therefore, by this letter I ask the Court to grant plaintiff's Petition to dismiss, with prejudice, all claims asserted against me.

Sincerely,

Carleton D. Burtt

Cc: Melissa M. Horne, Esq.