UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
JOHN O. PASTORE FEDERAL BUILDING
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903-1779

RONALD R. LAGUEUX
SENIOR JUDGE

January 11, 2007

Mr. Carleton D. Burtt
120 Paul Street
Walterboro, SC 29488

Re: Marques v. SEQUA Corporation, et al
C.A. No. 92-512L

Dear Mr. Burtt:

All the papers that have been filed in this case speak for themselves. All aspects of this matter, including the claims against you, have been dismissed and, therefore, nothing is left for resolution. The case is closed.

Very truly yours,

Ronald R. Lagueux
Senior Judge

RRL/jlc

cc: Melissa M. Horne, Esq.